AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BORTON & SONS, INC., a
Washington Corporation,

                Plaintiff,

                v.

WILLIAMS AG COMMODITIES
BROKERAGE, INC., et al,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-3053-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered for the plaintiff against defendant Williams AG Commodities Brokerage, Inc. only, in the principal sum of $196,627.25, together with interest thereon from March 1, 2006, to the date of judgment at the rate of 12% per annum, which sum totals $53,590.35 as of August 22, 2008.

Plaintiff is awarded costs in the amount of $992.82 and reasonable attorney's fees of $3,561.75.

Plaintiff's total default judgment is $254,772.17, plus interest at 12% APR from the date of judgment to payment.

| | |
|---|---|
| November 4, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pam Howard |
| | *(By) Deputy Clerk* |
| | Pam Howard |