UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BORTON & SONS, INC., a WASHINGTON CORPORATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>WILLIAMS AG COMMODITIES BROKERAGE, INC., a CALIFORNIA CORPORATION, and CLINTON WILLIAMS, and the marital community of CLINTON WILLIAMS and JANE DOE WILLIAMS, husband and wife.<br><br>    Defendants. | NO. CV-07-3053-JPH<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VACATE DEFAULT JUDGMENT AS TO DEFENDANT WILLIAMS AG COMMODITIES BROKERAGE, INC. (**Ct. Rec. 26**) |

    On November 4, 2008, the court entered an order granting plaintiff's motion (Ct. Rec. 9) for a default judgment as to defendant Williams AG Commodities Brokerage, Inc. (Ct. Rec. 23, 24.) On November 7, 2008, the court received a Notice of Automatic Stay indicating defendant Williams AG Commodities Brokerage, Inc., filed a bankruptcy petition for relief on November 3, 2008. (Ct. Rec. 25.) Also on November 7, 2008, plaintiff filed a motion to set aside and vacate the judgment pursuant to Fed. R. Civ. P. 60(b) and 11 U.S.C. § 362(a)(1). (Ct. Rec. 26.)

    IT IS **ORDERED** that the plaintiff's motion (**Ct. Rec. 26**) to set

ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT -- 1

aside and vacate judgment (Ct. Rec. 24) against defendant Williams AG Commodities Brokerage, Inc., entered November 4, 2008, is **GRANTED.**

**DATED** this 10th day of November 2008.

*s/ James P. Hutton*

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT -- 2