AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BORTON & SONS, INC., a Washington corporation,

                              Plaintiff,

                              v.

WILLIAM AG COMMODITES, INC., a California corporation, CLINTON WILLIAMS AND JANE DOE WILLIAMS, husband and wife,

                              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-3053-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is in favor of plaintiff against defendant Clinton Williams in the amount of $32,614.00 per court order filed September 17, 2009 as court record #48.

IT IS FURTHER ORDERED that the case is dismissed with prejudice.

September 17, 2009                                        JAMES R. LARSEN
*Date*                                                               *Clerk*

                                                                                 s/ Pamela A. Howard
                                                                                  *(By) Deputy Clerk*
                                                                                  Pamela A. Howard